# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40509** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Anthony A. ASHLEY** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 10 April 2024, Appellant submitted a Motion to Withdraw from Appellant Review and Motion to Attach. Specifically, Appellant moved to attach a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals,* signed by Appellant on 9 April 2024 and Appellant's counsel on 10 April 2024.

The Government did not submit any opposition.

Accordingly, it is by the court on this 15th day of April 2024,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach are **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

FLEMING E. KEEFE, Capt, USAF
Deputy Clerk of the Court